THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARNELL PRICE,

    Petitioner,

v.

CASE NO. 2:08-CV-650
JUDGE SARGUS
MAGISTRATE JUDGE KING

EDWIN VOORHIES, Warden,

    Respondent.

## OPINION AND ORDER

On November 4, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Doc. No. 11. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 13. For the reasons that follow, petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner objects to the Magistrate Judge's recommendation of dismissal of his claims as procedurally defaulted. Petitioner contends that he was illegally sentenced and denied the effective assistance of counsel. However, as discussed by the Magistrate Judge, petitioner waived this Court's consideration of his claims because he failed to file a timely appeal to the Ohio Supreme Court, *see Bonilla v. Hurley*, 370 F.3d 494, 497 (6th Cir. 2004), and failed to pursue post conviction proceedings. He has also failed to establish cause and prejudice for his procedural default.

Pursuant to 28 U.S.C. §636(b), this Court has conducted a *de novo* review of the Magistrate Judge's *Report and Recommendation*. For the reasons detailed therein, petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.

1-4-2040
Date

EDMUND A. SARGUS, JR.
United States District Judge