AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DARNELL PRICE,**
      Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**EDWIN VOORHIES, Warden,**      **CASE NO. C2-08-650**
      Respondent.                **JUDGE EDMUND A. SARGUS, JR.**
                                          **MAGISTRATE JUDGE NORAH MCCANN KING**

    ___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed January 4, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 4, 2010                          JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk